DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

07 NOVEMBER 2013

| | | | |
|---|---|---|---|
| 367P13 | Tracy C. Barrett v. SSC Charlotte Operating Company, LLC, and SavaSenior Care d/b/a Brian Center Health and Rehabilitation/Charlotte, Caryn Whitley, and Helen McDougald | 1. Defs' (SSC Charlotte Operating Company, LLC, Caryn Whitley, and Helen McDougald) PDR Under N.C.G.S. § 7A-31 | 1. Denied |
| | | 2. Defs' (SSC Charlotte Operating Company, LLC, Caryn Whitley, and Helen McDougald) Motion for Temporary Stay | 2. Allowed **09/10/2013**; Dissolved the Stay **11/07/2013** |
| | | 3. Defs' (SSC Charlotte Operating Company, LLC, Caryn Whitley, and Helen McDougald) Petition for *Writ of Supersedeas* | 3. Denied |
| 368P13 | State v. Michael Paul Miller | 1. State's Motion for Temporary Stay (COA13-81) | 1. Allowed **08/26/2013** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| | | | **Beasley, J., Recused** |
| 370P13 | State v. Ralph Eugene Frady | 1. State's Motion for Temporary Stay | 1. Allowed **08/26/13** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 (COA12-1375) | 3. |
| | | 4. Def's Conditional PDR Under N.C.G.S. § 7A-31 (COA12-1375) | 4. |
| 372P13 | State v. Adam Collier Derbyshire | 1. State's Motion for Temporary Stay (COA12-1382) | 1. Allowed **08/27/2013** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| | | | **Beasley, J., Recused** |
| 374P13 | State v. Marvin Wade Millsaps | 1. Def's *Pro Se* Motion for Leave to Unseal Discovery Materials | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion for Order Setting Aside Habitual Judgment and Imposing Judgment on Substantive Offense | 2. Dismissed |